UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,

                                        HONORABLE PAUL L. MALONEY

v.

                                        Case No. 1:10-cr-166

OSWALDO ERNESTO GARCES,

          Defendant.

_____/


## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for August 2, 2010 and trial scheduled for August 11, 2010. The basis of the Defendant's motion is that additional time is necessary for defendant to review the evidence and explore a possible resolution. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **October 18, 2010 at 9:30 a.m.** All motions shall be filed on or before **August 16, 2010**. Jury trial is rescheduled to **October 26, 2010 at 8:45 a.m.**


Dated: July 14, 2010                                /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge